# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DAMEON DAVIS,
ADC #153194                                                                                          PLAINTIFF

4:20CV00824-JM-JTK

KEONTIS WALKER, et al.                                                                       DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment on the issue of exhaustion (Doc. No. 15) is GRANTED, and Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 4th day of January, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1