# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DAMEON DAVIS,
ADC #153194                                                                          PLAINTIFF

4:20CV00824-JM-JTK

KEONTIS WALKER, et al.                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 4th day of January, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1